UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
JAMES M. PARTAIN and                      CASE NO.: 6:19-bk-00878-CCJ
CAROL PARTAIN                             CHAPTER 13
    Debtors                           /

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**
**RE: 3163 Hanging Moss Circle Kissimmee, FL 34741**

      The debtors request entry of an order referring the debtors and WELLS FARGO BANK, N.A., regarding that certain loan ending in 3406, to mortgage modification mediation, and in support state:

      1.      The debtors filed this Chapter 13 case in an attempt to retain their primary residence.

      2.      The debtors would like to modify the terms of the mortgages encumbering their primary residence, located at 3163 Hanging Moss Circle Kissimmee, FL 34741. The debtors' income would allow them to contribute as much as 31% of their current net income to payment of their modified mortgage debt.

      3.      Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

      4.      Debtors will pay the $250.00 mediation cost directly to the Mediator within seven (7) days of the designation of such Mediator.

      Wherefore, debtors request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

      DATED: <u>5/22/19</u>

                                              Respectfully Submitted,

                                              <u>/s/ CHARLES W. PRICE, ESQ.</u>
                                              CHARLES W. PRICE, Esq.
                                              FL. Bar No. 870862
                                              PRICE LAW FIRM
                                              400 Maitland Avenue
                                              Altamonte Springs, FL 32701
                                              charlie@cpricelawfirm.com
                                              P. 407.834.0090/ F. 407.386.7610

## **CERTIFICATE OF SERVICE**

I hereby certify that this 22nd day of May, 2019, a true and correct copy of the Motion for Mediation of Debtor was furnished by U.S. mail, postage prepaid, to the following:

Debtors

WELLS FARGO BANK, N.A.
c/o Matt Holtsinger
P.O. Box 800
Tampa, FL 33601

Wells Fargo Bank N.A.
C/O Bankruptcy R4057-01P
PO Box 13765
Roanoke, VA 24037-3765

Wells Fargo and Company
420 Montgomery Street
San Francisco, CA 94104
Att: John G. Stumpf, President and CEO
**VIA CERTIFIED MAIL**

WELLS FARGO BANK, N.A.
C/O CORPORATION SERVICE COMPANY, Registered Agent
1201 HAYS STREET
TALLAHASSEE FL 32301-2525

Laurie Weatherford, Chapter 13 Trustee (electronic transmission)

/s/ CHARLES W. PRICE, ESQ.
CHARLES W. PRICE, Esq.
FL. Bar No. 870862
PRICE LAW FIRM
400 Maitland Avenue
Altamonte Springs, FL 32701
P. 407.834.0090/ F. 407.386.7610